BEFORE THE THIRD DIVISION, NOVEMBER 23, 1944

**No. 49817.**—Protests 67802–K, etc., of Austin Nichols & Co., Inc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 25, 1944

**No. 49818.**—Protest 97809–K of Schear & Schrader (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the squawker balloons in question were held dutiable as claimed.

**No. 49819.**—Protest 109353–K of Sinclair Refining Co. (New York).

Opinion by WALKER, J. From the testimony of liquidator connected with the collector's office, and in view of the fact that Government counsel conceded that the exporter was entitled to drawback, the protest was sustained to the extent indicated in the decision.

BEFORE THE THIRD DIVISION, NOVEMBER 25, 1944

**No. 49820.**—Protest 965682–G of Quong Lee & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same as that involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), the claim for free entry under paragraph 1669 was sustained.